```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00630
   VICKIE D JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9466


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/15/2007 and was confirmed 07/30/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.00%.

      The case was dismissed after confirmation 12/10/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED           .00            .00
HOUSEHOLD FINANCIAL SERV CURRENT MORTG       .00            .00            .00
HOUSEHOLD FINANCIAL SERV MORTGAGE ARRE   1055.89            .00            .00
LITTON LOAN SERVICING    CURRENT MORTG       .00            .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE  11103.73            .00         133.28
SCHOTTLER & ASSOCIATES   PRIORITY       NOT FILED           .00            .00
SBC                      UNSECURED        2437.06           .00            .00
COSTEP                   UNSECURED       NOT FILED          .00            .00
CREDIT UNION 1           UNSECURED         735.10           .00            .00
SBC                      UNSECURED       NOT FILED          .00            .00
CUSTOMIZED AUTO CREDIT S UNSECURED       NOT FILED          .00            .00
INTERNAL MEDICINE CENTER UNSECURED          67.34           .00            .00
NATIONWIDE ACCEPTANCE~   UNSECURED        1363.88           .00            .00
PEOPLES ENERGY           UNSECURED         239.27           .00            .00
NCM TRUST                UNSECURED       17955.71           .00            .00
ROUNDUP FUNDING LLC      UNSECURED         207.91           .00            .00
SCHOTTLER & ASSOCIATES   DEBTOR ATTY     2,000.00                      2,000.00
TOM VAUGHN               TRUSTEE                                         158.11
DEBTOR REFUND            REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             2,291.39

PRIORITY                                         .00
SECURED                                       133.28
UNSECURED                                        .00
ADMINISTRATIVE                              2,000.00
TRUSTEE COMPENSATION                          158.11
DEBTOR REFUND                                    .00

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 00630 VICKIE D JOHNSON
```

```
                              ---------------    ---------------
TOTALS                              2,291.39          2,291.39
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 00630 VICKIE D JOHNSON